UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
(LEXINGTON)

*(Electronically Filed)*

| | |
|---|---|
| GARY HURD ) | |
| ) | |
| PLAINTIFF, ) | Civil Action No.: 5:20-CV-00295-GFVT |
| ) | |
| v. ) | Judge: Gregory F. Van Tatenhove |
| ) | |
| O'REILLY AUTO PARTS ) | |
| (properly O'Reilly Automotive Stores, Inc.) ) | |
| ) | |
| DEFENDANT. ) | |

The Plaintiff, Gary Hurd, through Counsel, hereby stipulates and agrees that the controversy in this matter does not exceed $75,000.00 and he shall not accept damages in excess of $74,999.99, if so awarded.

**SEEN AND APPROVED FOR ENTRY:**

GARY HURD

BY: /s/ Gary L. Hurd
Gary Hurd
*Plaintiff*

**DRAFTED, SEEN AND APPROVED FOR ENTRY:**

MORRIN LAW OFFICE

BY: /s/ Robert A. Morrin
Hon. Robert A. Morrin
*Attorney for Plaintiff*

Respectfully Submitted,

MORRIN LAW OFFICE

/s/ Robert A. Morrin
Hon. Robert A. Morrin (KBA # 94638)
214 West Main Street
Richmond, KY 40475
(859) 358-0300
*Counsel for Plaintiff*