UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
(LEXINGTON)

*(Electronically Filed)*

| | | |
|---|---|---|
| GARY HURD | ) | |
| | ) | |
| PLAINTIFF, | ) | Civil Action No.: 5:20-CV-00295-GFVT |
| | ) | |
| v. | ) | Judge: Gregory F. Van Tatenhove |
| | ) | |
| O'REILLY AUTO PARTS | ) | |
| (properly O'Reilly Automotive Stores, Inc.) | ) | |
| | ) | |
| DEFENDANT | ) | |

**ORDER OF REMAND**

On Motion of the Plaintiff, Gard Hurd, by counsel, the Court having reviewed the Motion and Stipulation in support thereof, and the Court being otherwise sufficiently advised, IT IS HEREBY ORDERED that this matter is remanded to Madison County Circuit Court.

Entered this ___ day of _____, 2020.

_____
Gregory F. Van Tatenhove
Judge, United States District Court
Eastern District of Kentucky

Prepared By:

MORRIN LAW OFFICE

 /s/*Robert A. Morrin*_____
Robert A. Morrin
214 West Main Street

Richmond, KY 40475
(859) 358-0300
*Counsel for Plaintiff*

\* \* \* \* \* \* \* \* \*
**CLERK'S CERTIFICATE**

I, Clerk of the United States District Court, Eastern District of Kentucky, hereby certify that I have served a true copy of the foregoing upon the following by first class mail:

MORRIN LAW OFFICE
Robert A. Morrin
214 West Main Street
Richmond, KY 40475
*Counsel for Plaintiff*

Timothy L. Edelen
Ryan E. Galloway
Bell, Orr, Ayers & Moore, PSC
1010 College Street
P.O. Box 738
Bowling Green, KY 42102
*Counsel for Defendant, O'Reilly Automotive Stores, Inc. (improperly named "O'Reilly Auto Parts")*

This the ___ day of _____, 2020.

CLERK, U.S. DISTRICT COURT,
EASTERN DISTRICT OF KENTUCKY

By: _____